JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLORIA SWANSON, | ) | CASE NO. 2:13-cv-1459-SVW-SS |
| Plaintiff, | ) | ORDER REMOVING CASE FROM ACTIVE |
| v. | ) | CASELOAD |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, ET AL., | ) | |
| Defendants. | ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 23, 2013

_____
THE HON. STEPHEN V. WILSON
United States District Judge